IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO

FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO
2024 APR 1 PM 1:06
CLERK-LAS CRUCES

Belinda Robertson

Plantiff

VS

April 1 2024

CV-24-312-JHR

| | | |
|---|---|---|
| Cale Robertson  Defendant | Julie Kestner Attorney  Defendant | Fitch Judge Defendant |
| Melanie Rhodes Attorney  Defendant | Theodore Markowski Attorney  Defendant | Carlos Ruvalcaba Attorney  Defendant |
| Dr. Marc A Caplan  Defendant | Marci Beyer Judge  Defendant | Ramon Hernandez Attorney  Defendant |
| Judge Isabel J Jerabeck  Defendant | Conrad Perea Chief Judge  Defendant | Dona Ana County Sherriff  Defendant |
| Jessica Streeter  Defendant | Jill Johnson Vigil Attorney  Defendant | David Woodstock Attorney  Defendant |

Violation of Human Rights of a Citizen of the United States of America in the State of New Mexico, City Las Cruces New Mexico for Authorities Judges in a case of Violence Domestic in the Third Judicial District in Las Cruces New Mexico for Three Years and Two Months and Discriminated , Humillated, for Color, Sex Gender, Age, Religion , Accent, Origen, and Violated the Civil Rights and Privilegies of a Citizen of the United States, Right to Have ; LIFE , LIBERTY AND PROPETY.

The Action Arises Under the First and Fourteenth Amendments to the United States Constitution

A Victim of Violence Domestic for Cale Robertson and Complicity of Judges and Attorneys, And Citizen with a Regular Participation in the Third Judicial District.

Case open in Dona Ana County Sherrif Department on January 25, 2021 D-307-DV-2021-0043

list of witness: Ida Aguirre Victim of Violence Domestic Commissioner, Dona Ana County Manager

Fernando Macias, Official Sargent Jamar Cotton, Sherriff Kim Steward , Official Jana Padilla from Fernando Macias office, and 10 Sherriff's from Dona Ana Sherriff's Department Escolted , After a Disturb to Public Propety by Cale Robertson for more than 4 hours in the Dona Ana County Office of the Fernando Macias and Outside of the Dona Ana Conty Sherriff's Department , with the intention to hurt People from the Dona Ana County Building.

(After 9/11  Every Disturb in public places with intentions to hurt people are considered Terrorrism , Citizen or Non Citizen that have the finality to Destroy  or Hurt Any Citizen of any State of Territorry of the United States of America.)

Cale Robertson Phone Harrassment to Belinda Robertson with the intention to kill Belinda Robertson to Dona Ana County Manager Office of Fernando Macias , After was Armed with a Gun and Disturb the Dona Ana County Sherriff's Department and Dona Ana County Manager Office of Fernando Macias , and try to hurt Employees, and Citizen on January 25, 2021 , Cale Robertson was out walking like any Citizen that will follow the Law of the United States of America.

I will Demand to the Dona Ana County Sherriff's Department Defendant" Acting under Color of State LawPursuant  to 42 U.S.C & 1983 Deprivation of a Federally Protected Rights by an Actor  Acting  Color of State Law"

This Case after  Cale Robertson Disturb Public Propety on Dona Ana County Building Department, Belinda Robertson put Charges the same day on January 25 2021 on Dona Ana County Sherriff's Department case 2021 D-307-DV-2021-0043.

Deprivation of a Federally Protected Right By an actor acting under color State Law,

 I want that FBI Investigation and FBI Director Christopher Wray Please Notified this Denunce Against the Defendant Dona Ana County Sherriff's Department.

Temporaly Order Of Protection Approved and Signed by the Judge Lisa Shutz on January 26, 2021. Order That was Violated and Modified by Attorneys and Judges in The Third Judicial District to the Benefit of a Criminal Case  to the Defendant Cale Robertson.

1 ) Authorities in the Third Judicial District in Las Cruces, NM Removed  Right to Defend like any Citizen thet Reside around the fifty States and Territory : July 4, 1776  "We Hold these Truths to be self- Evident' that all Men are Created Equal: that they are endowed by their Creator with Certain Unalienable Rights: That Among these are : LIFE, LIBERTY AND THE PURSUIT OF HAPPINESS" .

Admendment IV  of our Constitution of the United States of America. "The Right of the People to be Secure in their Persons, Houses, Papers, and Effects, Against Unreasonable Searches and Seizures, Shall

not be Violated and no Warrants shall Issue, but upon Probable Cause, Supported by Oath or Affirmation, and Particulary Describing the Place to be Searched and the Person or Thinghs to be seized."

On February 03 2023 the Plantiff was Removed of her Propety and Car from the Judge Isabel J Jerabeck, The Plantiff was living on 2900 Bowman St 88005 Las Cruces New Mexico, Plantiff have a Temporary Order Signed by the Judge Isabel J Jerabeck on Feb 09 2021

AMENDED TEMPORARY ORDER OF PROTECTION AND ORDER TO APPEAR

February 09 2021 Signed For the Official Domestic Commissioner Isabel J Jerabeck

Paragraph 2) The Respondent Shall not Abuse the Plantiff or Petitioner Household Members in any way "Abuse" means any incident by the Defendant or Demanded agaist the plantiff or Petitioner Household Member resulting in :

1) Physical Harm

2) Severe Emotional Distress.

3) Bodily Injury or Assault.

4) A Threat causing Imminent Fear or Bodily Injury.

5) Criminal Treasspass

6) Criminal Damage to Property

8) Repeating Driving by a Residence or Work Place

9) Telephone Harassment

10) Harassment

11) Harm or Threatened Harm to Children in any manner set forth Above.

Paragraph 6: Pettitioner Belinda Robertson Shall have Temporary custody of the Following Children :

Cabe Robertson         April 27, 2005

Jack Robertson         March 12, 2007

Mckenzie Robertson    December 14, 2009

Cameron Robertson     January 20, 2011

Paragraph 10 :

a) The Respondent is Ordered to inmmediately leave the Residence at 2900 Bowman St, Las Cruces NM

88005 and to not Return until Futher Court Order

Paragraph 11:

The Respondent to remove essenial tools and Clothing and Personal belonging from the Residence 2900 Bowman st Las Cruces, NM.

Paragraph 12:

Neither Party Shall Transfer, Hide Add debt to, sell or otherwise dispose of the others property or the Joint Property of the Parties Except in the Usual Course of Business or For The Necessities of Life. The Parties Shall Account to the Court for all Changes to property made after the order is served or communicated to the Party. Neither Party Shall Disconnect the Utilities of the Order Party Residence.

Paragraph 13:

This Order Supersedes any inconsistent prior Order in cause no: D-307-DM-2021-100 and Any Other Prior Domestic Relations Order and Violence Restraining Orders Between these two Parties.

ENFORCEMENT ORDER:

If the Restrained Party Violated any Part of this Order, the Restrained Party may be charged with a Crime, Arrested, Held in Contempt of Court, Fined or Jailed.

in the same order Ordered By the Judge Isabel J Jerabeck that the Parties Shall Appear in the Third Judicial District Court Hearing Room B , Located on 201 W. Picacho Avenue, Las Cruces , NM 88005 at 1:30 pm  on March 12, 2021.

Judge Isabel J Jerabeck Violence Domestic Commissioner Canceled the Hearing on March 12, 2021.

The Plantiff Will Acuse the Judge Isabel J Jerabeck  Violence Domestic Commissioner under  Violated the Article IV  of the constitution of the United States of America , Article XIV

Admendment XIV

Section 1:

"All Persons born or Naturalized in the United States of America, And Subjet to the Juridiction thereof, are Citizen of the United States of America and of the State wherein they reside. No State Shall Abridge the Privilegies or immunities of Citizen of the United States of America: Not Shall Any State Deprive any Person of Life, Liberty , or Property, without due Process or Law; Nor Deny to any Person within its Jurisdiction the Equal Protection of the Laws."

On February 03 2023, Hearing in the Third Judicial District Court  Located on 201 W. Picacho Avenue, in Las Cruces, NM 88005 at 9 am . The Judge Isabel J J Jerabeck Violence Domestic Commissioner Violated My Human Rights of Citizen of the United States of America and Discriminated for my Color, Age, Sex Gender, Religion. Origin, Accent, and Violated the Amendment IV, XIV , also a Amendment XIII

Section 1 " Neither Slavery nor involuntary Servitude, Except as a Punishment for Crime Whereof the Party Shall Have Been Duly Convicted, Shall Exist Within the United States of America or Any Place Subjet to their Jurisdiction."

On February 03 2023 the Judge Isabel J Jerabeck Violence Domestic Commissioner on the Third Judicial District Court , Violated my Human Rights of Citizen of the United States of America , Do not Followed the Court Orders or Revised by other Judges from the Third Judicial District in Las Cruces , NM.

Ordered During the Hearin on February 03 2023 , to Leave my Residence on 2900 Bowman Street 88005 in Las Cruces New Mexico , Violated Temporary Court Order Signed by The Judge Isabel J Jerabeck , on February 09, 2021, Removed my House on 2900 Bowman that i Bought and the title original is only signed by Belinda Robertson, Violated Article IV , Removed my Car , that was a Gift from my Birthday and i was the only Driver of a Cadillac Esv Escalate 2016 , used to work , I will Present Evidences During the Hearing that My Husband Have two Bank Acounts with a High Cash Amount Edward Jones 3 Millon and Invesco 12 Millon , and The House Mesuraments According Dona Ana County that 2900 Bowman 4900 Sqf and 1940 Triviz Dr 88001 in Las Cruces, NM 6900 Sqf and was No Necessary to Switch Houses , Cale Robertson Was Ordered Leave the Residence on Bowman since January 26, 2021.

The Judge Ordered During the Audience Leave My Residence, Before the Audience The Attorney Melanie Rhodes 5600 Eurobank Alburquerque NM Told the Judge Isabel J J erabeck that please don ot Listen Belinda Robertson is Crazy, I will Accused Melanie Rhodes Attorney of the Defendant and Defendant in this Case of Violated the Article IV and XIV and XIII of the Constitution of the United States of America and During the Hearing on February 03 2023 Jury to talk with the Truth and Violated the Law of the United States of America .

I will Demand Melanie Rhodes for a Amount of $2 Millon for Damages caused During 3 years and 3 Months , False Accusations, Against Business, False Accusation Agains Belinda Robertson with no Evidences, Sent False Information to Dr Marc Caplan with False Allegations, False Information., Invasion to Privacity Rights, without my Concent to the Medical Records, Altereted Medical Information, Al bertsons Pharmacy Sa-von, Dillards False Information Personal About Belinda Robertson, Invented a False Medical Condition to Belinda Robertson and Presented in Court since February 05, 2021 in the Third Judicial District Court in Las Cruces NM, plus All the Money Received since Started to worked to the other Defendant Cale Robertson during 3 years and 3 months.

For the Judge Isabel J Jerabeck Employee with the Judge Position , i will Demand for          $ 10 millon Dollars ,  Part of the Money that I want to Donate to open 2 more Animal Shelters to the Organization Safe Heaven Animal Santuary Do not Kill Animals , Organization to help the Animals to have a Good Life umtit find a new owner to adopt Any Animal.

Part of the Money to buy New Uniforms to the Police Officers in Las Cruces New Mexico, Like New Safety Vests, Shoes, and Any Clothing to be Protected and Safe.

I want to Donated Part of the Money to the Catholic Church 100,000 San Albino and Guadalupe Church 100,000 , Oasis Church 100,000 .

New Mexico State Police , Las Cruces Police , Alamogordo police Part of the Money that I will Demand All Demandants to help the Police Officers Family of The Victims and other Police Officers, Agents or Detectives Affected for Crime and Delincuence.

I only Want Justice and Recovery My House, Business and Kids Removed for the Judge Isabel JJerabeck, to work , like Before.

The Money Can not Erased All Scars and will not Return 3 years without my kids and violated my human and Civil Rights of A Citizen of the United States of America , But At Least Can Help others to Start a New Life , or Benefit Citizen that Put In Risk Their Lifes to be Safe and Families of the Police Officers Died in the State of New Mexico.

i want that The Judge Revised my Petition and Returned Everithing was Removed listed Below to have the Right to Have Life , Liberty and Happiness.

Access to pay a Attorney to Defend in a Case of Violence Domestic .

Access to Business Accounts , Petitioner pay Taxes since 2003

Access of my Business in Kenzie Enterprises LLC, and The Gym LLC . Business that i had since 2019 and 2018.

Access to Kenzie Enterpricess Accounts, and Access to Work in Kenzie Enterprices LLC (3060 Harrelson St , Las Cruces , NM 88001 ) 8 Acres of Busines Industrial Complex , 50 Business with Profit $75,000 a Month . Bank Payment $18,000 a Month . I paid $2.6 Millon on 2019.

Access to The Gym(1690 South Valley Dr , in Las Cruces New Mexico 88001) I was working Teaching Group Fitness Classes and Manager owner my Business.

Access to use the Business Account of The Gym or Access to continue to work teaching Group Fitness Clasess. i Bought directly with the owner Justin Estes and Ron Byford-Tina Byford.

Access to pay my Bills, Debts, Credit Cards Bills (Dillard's, Lowe's, Sam's Club, Care Credit, El Paso Electric Bill, Delta Dental , Pionner Bank, Wells Fargo, PCN Bank, First American Light Bank, Mortage of my House in 2900 Bowman St , Mortage of my House in 1940 Triviz, Wall flower Bamk, Best Buy Credit Card, Invesco $12, 000 millons, Robertson Engineering Investigation, Edward Jones $ 2.5 Millon, Stocks in Tesla, and Access to my Rent Propeties Profit Every Month Extra, Access to Petroleum oil in Kansas City Account to my name Belinda Robertson with a Check of $3,250 Dollars a Month, from the Government

Contract Signed in Kansas, Geneseo. Access to $50,000 a Year from Crops in Kansas, Geneseo.

Full Custody of My 4 Kids for almost 3 years, I do not have any Felonie or Criminal Charges.

Return my Propety in 2900 Bowman Street in Las Cruces, NM. Removed on February 03 2023 by the Judge Isabel J Jerabeck, Violated the article IV of our Constitution of the United States of America.

Any Citizen can have the Right to be in their Propety for the Safe of the citizen of the United States of America. Violence Domestic Act 1978 Victim of Violence Domestic Right to Stay in their Propety to be Safe.

Melanie Rhodes Defendant that need to pay to the Plantiff 2 millon for Damages, Caused and False Statments in Court, and Messages to send to Dr Marc Caplan. Suggested for Cale Robertson ( 2900 Bowman St 88005 Las Cruces, NM) Defendant and Attorney of Cale Robertson for 3 years and 3 Months Melanie Rhodes AND JUSTICE LAW Defendant (P.O Box 92462, Alburquerque, NM 87199. Bar# 12457 (505) 350-7674).

Dr Marc Caplan Defendant for $ 5 Millon for Present False Information in a Report without my Approvation, or signed any Medical Relised Form or Dociument that have my Authorization to Get from Medical Records or Local Business, Non Local Business, Court Orders, Melanie Rhodes, Defendant, Cale Robertson Defendant, Grupo Amanecer Counselour Bionic Barbell Gym, Albertsons Sav-onn Pharmacy, Dillard's and many other places mentionated in the Report for Dr Caplan, Copyrights, Patent, Logo( Bionic Barbell Gym) for All The Business Mentionated.

Dr Marc A Caplan with the location in 637 N. Alameda Blv Las Cruces, NM

I want to Donated the $5 Millons to Detectives or Investigarors in the State of New Mexico and Out of the State of New Mexico of Any Area, That put part of their time free for the Investigation of this case, that put a Order and Feel to be Proud of a Citizen that will Follow the Law of the United States of America if is necessary in any State of the 50 States of the United States of America.


Dr. Marc A. Caplan ( 637 N Alameda Blv, Las Cruces, NM 88005 (575) 526-4222

Dr. Caplan Discriminated, Humillated, for Color, Age, Sex Gender, Religion, Accet, Origin and Violated my Civil and Human Rights with the False Information Presented in the Report for Custody Evaluation. Dr Marc Caplan Humillated and Violated the Right of Free Religion, Equal Rights, Mentionated in the Report that I will carry My Bible in the Street.

Dr Caplan Used The name of Local and Non Local Business and Copyrights the Logo, Name, Brand of Companies Mentionated, without the Knoledge of the Companies owners and Managers, Permission and Court Requested.


Defendant Cale Robertson 2900 Bowman St Las Cruces NM Give me a Car Malibu 2020 with No Brakes

in Fron And No Brakes in Back , the two Fron Tires Welded with a Welder, on February 03, 2023. Order Ordered by the Judge Isabel J Jerabeck'

Plantiff will Accused the Defendant Cale Robertson with Adress Permanent on 2900 Bowman St Las Cruces , NM, Employee and Owner of the Company REI Robertson Engineering Investigation LLC for Damages , and Intent of Damages, Terrorism , with the Finality that cause Severe Fatalities to A Driver and Drivers in the State of New Mexico.

The Defendant Owner of a Engineering Company that Inspected Vehicles, in the State of New Mexico and Texas , Inspected the Propety on 1940 Triviz Dr and Lived since 2008 , Roofing Inspected , Jury in Court in a False Statment and Petition About Switch Houses for size and Cars , and Jury that the House in 1940 Triviz are Small (7 Bedrooms) that 2900 Bowman St (3 Bedrooms) and the Conditions are Excellent for the Plamntiff and Defendant of Both Houses Already Alleged Inspected by the Defendant , The Houses was in a Bad Condition on 2900 Bowman House that Requested on February 03 2023 , was in a Bad Conditions Inspected by Gilbert and Sons Company and Biohazard Company with high amount of Black mold. on 2021

The Propety on 1940 Triviz was Inspected for Cale Robertson and Jury is in Good Conditions, the House presented Black Mold, Roofing Leak, No Safety in case of Fire all Windows and Doors Enclosed like a Cage, in case of a Fire can not be safe and can be no Replace a Life of a Human, o Return Back in case of a Fire.

I lived in 2900 Bowman since 2019 to February 2023 and put Several Motions Against the Defendant Cale Robertson About The Conditions in 2900 Bowman St the Insurance pay 130,000 for Replaced Roofing and Fixed Several issues like Black Mold, on 2021 and Cale Robertson Keep the Money and Refused to fixed the Issues to the Property Owner Belinda Robertson.

I will Demand for Damages Caused and Negligence to Cale Robertson and Company REI Robertson Engineering Car Accident Investigation:

1) Damage on my Lungs severe caused of Black Mold , Asthma Condition

2) Abuse Domestic

3) Abuse Physical Harm

4) Trasspass Private Propety

5) Difamation

6) Intent to Homicide Negligence

7) Stole my Property that i am the only owner on 2900 Bowman St Las Cruces NM

8) Fraud with Several Insurances and Claims with His name About Roofing Problems list :

1940 Triviz Dr Las Cruces, NM 88001  Cale Robertson Claim to the Insurance of the House and Keep the

Money and never Fixed the Issues of the Property.

Dogwood Street in Las Cruces, NM Claim a Roofing Problem in the Property by Cale Robertson.

2900 Bowman Street Las Cruces, NM 88005 Cale Robertson Claim A Home Insurance for Roofing Problems on 2020 and Received 130,000 to fixed the Issues.

1690 South Valley Drive Cale Robertson Intent to Claim the Propert for Roofing Damages on 2020

3060 Harrelson ST 88005 Las Cruces, NM Cale Robertson Intent to Claim the Propety for Roofing Problems.

Cale Robertson is Roofing Inspector with Several Certifications and works Independent with Home Insurances and car Insurances and Claim the Properties Listed '

9) Terrorism , Disturbed the Court and Sherriff's Department Armed with a Arm for 4 hours

10) Phone Harrasment

11) Fraud with the IRS, Presented False Documents and Put My Name with his Name in Conjuntion without my Knoledge or Approvation.

12) Use the House of 1940 Triviz for a "House of Game"

13) Used the House on 1940 Triviz Dr since 2021 to 2023 for Human Traffic Women for Sex since 2021 to February of 2023. I will Presented Evidences in Court and with this Demand Attached in a Album with 300 Pages of Evidences.

14) Cale Robertson Hit me and caused a Opening in my Back of 4 inches , Witness Jamar Cotton Mesured the Size of the Cutting of my Back in front of Fernando Macias Dona Ana County Manager on January 25, 2021 .

15) Several Calls to 911 more than 20 Calls in less of 2 years for Members of the Family and Plantiff Accused Cale Robertson for Violence.

16) Cale Robertson Closed Bank Accounts ( Court Order Ordered By Isabel J Jerabeck Violated)

Defendant Cale Robertson no was Arrested , or Jailed Accordding the Court Order Ordered By the Judge on February 09 2021 Temporary Order of Protection.

17) Change the Name to Credit Cards and Moved of the Money to new Accounts by Different Names to Oculted the Money or Profit Monetary of Several Business that Cale And Belinda Robertson are Owners.

18) Caused Emotional Distress to Plantiff

19) Abuse Sexual Penetration one Hour After a Tummy Tuck Procedure Plantiff was with General Anesthetic on January 19, 2021

20) Car Accident Investigator Inspected Car Malibu 2020 , only Driver and Owner of the car Jury In Court that the Car was Inspected for Cale Robertson Defendant and Safe to transit in the Street. False Statment in Court on February 03 2023

21) Use the Money To pay 2 Attorneys since 2021 to 2024 274 per hour

22) Stole my Money to Privated the Capacity to Pay a Attorneys or Mantain Attorneys During a Domestic Violence Case And Divorce Case in the Third Judicial District Cort in Las Cruces, NM.

23) Cale Robertson have Aproximately 125,000 a Month of Proffit from our Business and since 2022 started to send 583 Dollars a Month of Interin Support Ammount that I never Accepted and Ammount that is Lower that the Minimun Wage in the State of New Mexico , Violated the Article IV, Article XIV and Article XIII.

24) Slavery and Sex Abuse for the Demandant Cale Robertson

25) Sex Traffic Deffendant Try to Sell the Plantiff Several Times with Different Men

26) Animal Abuse , Plantiff will Accused the Defendant Cale Robertson for Put Black Tape in the Mouth and Legs to a German Shepherd name william and Hit with a Brum. Please Send this Case to the FBI to Check the Cameras of the Security of the United States of America and Investigate.

27) Cale Robertson Defendant put a Bell Heavy with a Lock of Combination to Another Dog of Name Hershey and to closed to the Neck that caused Fractured the Neck and hit the Dog and Kill.

 I will Demand Cale Robertson Defendant for the Damages in a State New Mexico, Lost of Animals , Hershey and William , Abuse and Violence to the Plantiff Belinda Robertson for 22 years , i want All the Money Edward Jones, Invesco, Any Source Monetary Aproximately 50 Millon and Donated to the FBI Agents, and Court Costs.

FBI Agents , Detectives  that put their time to Investigate this case and use the Security Cameras to the Security of the United States of America to Put in Prision a Criminal, Terrorist of the United States of America that Caused Severe Fatalities and Consecuences in the State of New Mexico City Las Cruces.

i will provided a  Copy of the Audio from the Hearing on February 03, 2023 was presented of Evidence that I was Violated my Human Rights and Civil Rights of Citizen of the United States of America.


Attorney Melanie Rhodes Defendant  Before Started the Audience told the Judge on February 03 2023, that Belinda Robertson is Crazy Do not Listen.  and in the End of the Audience Told the Judge a False Statment : "Belinda Doesn't want to see her kids until they have 18 years old".

 Cale Robertson Defendasnt  Mechanical Enginer and Car Accident Reconstruction owner of ( REI Robertson Engineering Investigation Car Accident Reconstruction with ACTAR certification from Transit and Transportation of the State of New Mexico , Several Certifications , and Experience in Car Accident, Brakes Failure , Tires, Any Failure in Accident, Origen , Cause, Analisys, Laboratory in a Car Accident or

Defect) .

Cale Robertson Stole Aproximately $ 5,000,00 Millons in Jewerly, and Money from Wells Fargo Safe Box. Jewerly from my Grandmother before I get Married.

Cale Robertson never give me 1 dollar For 1 year and 2 months for Survived with my kids, one month after denounced in the Child Support Department March 22, 2022 Cale Robertson and Melanie Rhodes Organized and Planned a Audience that i am not was Presented because I do not have Attorney , Attorney leaved the Case for do not pay Attorney Fees Ramon Hernandez the Day of the Audience.

)I will Accused the Judge Fitch Defendant with the Adress 201 w. Picacho Ave, Las Cruces NM 88001 Defendant Violation of the Victim of Violence Act 1978 and Discriminated , Humillated , For Color, Religion. Age , Sex Gender, Accent, Origin a Citizen of the United States of America that Will Follow The Law of The United States of America.

With No Evidences Presented Ordered Removed my Kids from Custody and Give my Husband Accused of Violence Domestic on January 25, 2021 on the Sherriff's Department of Dona Ana County in Motel Blv. case No: D-307-DV-2021-0043. By the Official of Victims of Violence Domestic, Ida Aguirre in the Dona Ana County Sherriff's Department, in Las Cruces ,

I give to Arttorney Lloyd O. Bates( Bates Law Firm P.O Box 305 Las Cruces, NM 88004-0305 (575) 524-8585 Fifty Guns and Knifes with the Finger Prints of Cale Robertson Accused of Violence Domestic and Give to my Second Attorney Ramon Hernandez Defendant (State Bar #149085 , 1127 E. Idaho Ave. Las Cruces, NM 88001 (575) 523-0144 ) Ramon Hernandez Return Directly to Cale Robertson Accused of Violence Domestic and Ramon Hernandez Attorney of Belinda Robertson Victim of Violence Domestic , Leave my case the Day of the Audience for Custody of my Kids and Return the Guns and Knifes to Cale Robertson Directly.

Cale Robertson Hired Second Attorney Jill Johsonn Vigil on May 2023

On June 2022 , I was hired for Pro bono Attorney David Woodstook Defendant ( Law of the Office of David Woodstock 311 Granado St Tularosa, NM 88352) and Cale Robertson Send Mail Directly to David Woodstook several Months During Agust 2022 and January 2022 , with the Adress of Cale Robertson 1940 South Triviz Drive Las Cruces New Mexico Residence since 2008 to Cale Robertson and in February 03 2023 Cale Robertson Asked Switch House and Cars to Occulted the Evidence of Relation Directly Between Cale Robertson and Attorney of the Victim Belinda Robertson. I will Presented Copy of one Check of 5000 Dollars and Mail with the Cale Robertson and phone Number of Cale Robertson 575-644-9595 in the Check.

Attorneys Carlos Ruvalcaba and Theodore Markowski (125 W. Griggs Ave. Las Cruces,NM) Attorneys that Offered Help Voluntary with not Contract Signed , Evidences Presented , Violated my Human Rights of Citizen of the United States of America in a Complicity of the Attorneys of Cale Robertson, Melanie

Rhodes , Jill Johnson Vigil Planned a Audience on January 16 of 2024 with a topic that are Different of the las Order Ordered for a Judge . Theodore Markowski Defendant put a Motion on December 25 2023 That Plantiff Need a Emergency a Gal Represented During the Court Process for a Violence Domestic and Divorce, Petition that Plantiff Never was Approved .

Attorney Theodore Markowski Defendant , Never Informed About this petition. on January 9 2024 Attorneys Melanie Rhodes and Jill Johnson Vigil Responded to a Motion or Petition from Theodore Markowski that Agree I need a Gal and Dr Caplan Report .

Markowski Ruvalcaba Law Firm Do Not Followed the Ethics of Profession:

No Communication

No Contract Signed

Violated Civil Rights of a Citizen of The United States Of America

No Respect to a Citizen or Victim of Violence Domestic

Ignore the Victim of Violence Domestic

Do not Review Evidences of Violence

Erased All the Evidences Provided for the Attorney Ramon Hernandez Defendant

Accused Defendant Ramon Hernandez to Return Evidences to the Defendant Cale Robertson

Personal of the Firm Markowski Ruvalcaba Law Firm Assistents and Employes Discriminated, Humillated for Sex ,Color, Religion, Origen. Sex Gender , Age , Origen Accent

No Contract Signed and ASked in Court Defendant Carlos Ruvalcaba and Theodore Markowsi. Owners of Markowsky Ruvalcaba Law Firm for Service never received or Requested.

Attorneys Volunters that in Complicity of the Attorneys of the Defendant Cale Robertson Caused Emotional Distress and Accused that Plantiff can not Represent in Court Process.

The Judge Marci E. Beyer (6665 Vista de Oro, Las Cruces, NM 88007) Violated My Human Rights and Civil Rights of a Citizen of the United States of America and Humillated, Discriminated for Sex Gender, Color , Age, Origen, Accent and Removed the Privilegies of any Citizen of the United States of America Have that Will Follow The Law of The Constitution of The United States of America "Right to Have ; "LIFE, LIBERTY AND HAPPINESS"

The Judge Marci E. Beyer Removed Access to my Business, when i was working on my Business , Bank Accounts, to Pay Attorney fee. Accepted all Motions for the Respondent Cale Robertson Accused of Violence Domestic Since January 26, 2021, The Judge Marci E, Beyer Do not Followed the Temporaly Orders Ordered by Several Judges in the Third Judicial District on January 26, 2021 signed for Judge Chief of the Third Judicial Conrad Perea, Judge Mary Rosner, Judge Isabel J Jerabeck on January 27 , 2021

Temporary Order of Protection Against Pettitioner and Order to Appear, Orders Ordered by Several Judges Mentionated , Instead Followed the Judge Violated my Civil Rights , Changed to the Benefit of Cale Robertson Accused of Violence Domestic , The Judge Marci E. Beyer Applied Slavery and treated like Slave , In The Third Judicial District in the City of Las Cruces , NM.

The Judge Marci E Beyer in the Hearing on December 2021 in Person in the Court Room of the Third Judicial District in Las Cruces New Mexico , My Attorney Ramon Hernandez Asked for Access to my Business for my Necesities of Life because my Husband had the Full Access for the Business and Bank , Accounts and Presented 12 Bank Accounts from Cale Robertson and 2 with 12 millons and one with 2 millons , the Judge Marci E Beyer said " Belinda you are Beautiful you should to go to works of waitress instead asked for money Access"

Judge Marci E. Beyer: "In this Case are a lot of Money Let the Attorneys Make Money and , i will Assigned more Attorneys to Make Money too."

Order Appointed Jessica Streeter (715 E. Idaho Ave #48 Las Cruces NM 88001 (575) 652-3345 ) as Special Master for Discovery and Interin Division of Income and Expenses disclosures signed for The Judge Marci E, Beyer 8/24/2021

Order Appointing Guardian ad Litem 7/29/21 signed for the Judge Marci E. Beyer. Gal Retainer $ 3,500 before June 1, 2021 the parties shall each advance one-half of the Gal Julie Kestner ( Steeter Law Firm 715 E. Idaho Ave #48 Las Cruces , NM 88001 (575) 652-3345 )fee($1,750 each}the Gal Shall be paid at an houry Rate of $275 plus gross receipts tax.

The Judge Marci E Beyer Violated the Law of the United States of America Assigned two Attorneys that worked Together in the same Law Firm , The Judge Had The Knoledge in the area that Both Attorneys worked in the same Law Firm Steeter Law firm Confict of Interest and Violated the Judge Ethics of Conduct Act, How many cases are affected or Assigned this two attorneys in the same case? how many people was affected for these Attorneys? How many people are in Prision and Encarceled for Years for the Judge Marci E, Beyer and Attorneys like Jessica Steeter and Julie Kestner.

Julie Kester Attorney that was assigned for Gal Custody of my Kids share in the media a Vocabulary that i never see before in Attorney Public, Attorney Julie Kester Share in the media Addiction to see Puppy Porn , Assigned for the Cistody of my kids. After charge a big sume of Money since june 1 2021 to January 2024 Retired of the case of custody.

i was Received a call from Attorney Assigned for Gal Julie Kestner and talked about worked more than 30 hours on 2022 , with the knoledge of Cale Robertson Abused of my Kids, with a video that Ramon Hernandez give to Julie Kestner that evidence that Cale Robertson Abused Sexualy one of my kids one of the Kids said Dad i want to suck your Dick , Several pictures Cale Robertson Masturbarted in public , Julie Kestner , Julie Kestner Moved to Another Adress and never give me the new Adress after discovery that worked with Jessica Streeter .

Jessica Streeter was Assigned Judge in my case D-307-DM-2021-00100 on 5/11/22

Notice of Judge Reassigment notified to: Belinda Robertson, Cale Robertson, Melanie Rhodes and Julie Kestner. ( Evidences that Jessica Steeter continue working in complicity with the Gal Julie Kestner)

Julie Kestner make several reports to Benefit Cale Robertson because i can not pay her Attorneys fee during June 1, 2021 to January 2024.

I will Demand Defendant Julie Kestner to Revoked the Attorney Licence in the State of New Mexico and FBI please Investigated.

Judge fitch  Defendant Give the Custody  Permanent to Cale Robertson  Defendant in a Audience only with Cale Robertson Presentented , Never Received a Court Notify about the Hearing for Custody. (201 W Picacho Ave, Las Cruces, NM 88001 (575) 523 -8200)

I will Demand the Defendant Judge Fitch for do not Followed tha Rules of Judges of Conduct  in a Court Process where the Plantiff was Affected and Violated the Civil and Human Rights of the Citizen of the Umited States of America During a Civil and Domestic Violence Case During a Process of Divorce. Revoked the Licence to continue to work in the State of New Mexico.

Judge Conrad Perea Chief of The Third Judicial District in Las Cruces, NM (201 W Picacho Ave , Las Cruces, NM (575) 523-8200)  Judge Chief to the Third Judicial District in Las Cruces , NM, Located in 201 W. Picacho Avenue Las Cruces, NM 88001 .

Conrad Perea Chief and Judge  Received two Letters  from the Plantiff Explained about the Judges in My Case for 3 years and Violated my Civil and Human Rights of Citizen of the United States of America and Discriminated for my Age , Sex Gender, Color, Religion, Origen. Accent for 3 years and Please Review My Case No D-307-DV-2021-00043. Victim of Violence Domestic.

I want that the people that Affected my life Do not Continue Working like Professionals in the State of New Mexico, Removed Licence to continue to working in the State of New Mexico.

I will Demand Marci Beyer Defendant for the Amount $ 2 millon and Donated the Money to Firefighters in the State of New Mexico.

Belinda Robertson Citizen of the United States of America Claim Justice and Investigated my case and Return my Life My Kids, House , Business Access to work and put in Prision a Criminals that violated the Law of the United States of America in the State of New mexico.

"the Next Generations will come kids of your Kids and Kids of your Grand kids"

"God Bless You"

*Belinda Robertson*
April 01 2024

